# Lowenstein
# Sandler
ATTORNEYS AT LAW

Stephen R. Buckingham
Member of the Firm
Tel 973 597 2326
Fax 973 597 2327

sbuckingham@lowenstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08

February 1, 2008

VIA FEDEX

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007


MEMO ENDORSED

Re:   ADELAIDE GAIL ZAPPA v. RYKODISC, INC.
      Case No. 08-CV-00396

Dear Judge Pauley:

On behalf of Defendant Rykodisc, Inc. ("Ryko"), we write to request a 30-day extension of time for Ryko to answer, move, or otherwise respond to the complaint. The current response date is February 4, 2008. Our firm was retained less than one week ago, and we require additional time to prepare an answer or a possible motion to dismiss. This is Ryko's first request for an extension. I have conferred with counsel for the Plaintiff, who has consented to an extension until March 6, 2008. A proposed order is enclosed.

Thank you for your consideration.

Respectfully submitted,

Stephen Buckingham / ms
Stephen R. Buckingham

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/4/08

17152/12
02/01/08 4852748.1

Enclosure(s)
cc:   Ira S. Saks, Esq. (w/ enclosure via Federal Express)

Lowenstein Sandler PC                                                   www.lowenstein.com

Reply:  65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
        1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402