UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELAIDE GAIL ZAPPA, individually and as sole trustee of THE ZAPPA FAMILY TRUST U/T/D NOVEMBER 15, 1990, a California Revocable Trust<br><br>         Plaintiff,<br><br>-v.-<br><br><br>RYKODISC, INC.<br><br>         Defendant. | Civil Action No. 08-CV-00396 (WHP)<br><br><br><br>**Hon. William H. Pauley III, U.S.D.J.**<br><br><br>NOTICE OF APPEARANCE OF<br>STEPHEN R. BUCKINGHAM, ESQ. |

**PLEASE TAKE NOTICE** that Defendant Rykodisc, Inc. ("Ryko") is represented by the firm Lowenstein Sandler PC in the above captioned matter. Stephen R. Buckingham hereby enters appearance as "lead attorney to be noticed" on behalf of Ryko. Accordingly, Ryko respectfully request that all Notices of Electronic Filing related to this case be forwarded to Mr. Buckingham (sbuckingham@lowenstein.com).

                                                            Respectfully submitted,

                                                            **LOWENSTEIN SANDLER PC**
                                                            Attorneys at Law
                                                            65 Livingston Avenue
                                                            Roseland, New Jersey 07068
                                                            973.597.2500
                                                            973.597.2400 (fax)

Dated:  February 5, 2008              By: /s/  Stephen R. Buckingham
                                                                   Stephen R. Buckingham

17152/12
02/05/2008 4890511.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELAIDE GAIL ZAPPA, individually and as sole trustee of THE ZAPPA FAMILY TRUST U/T/D NOVEMBER 15, 1990, a California Revocable Trust<br><br>　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>RYKODISC, INC.<br><br>　　　　　　　Defendant. | Civil Action No. 08-CV-00396 (WHP)<br><br>**Hon. William H. Pauley III, U.S.D.J.**<br><br>**CERTIFICATION OF SERVICE** |

**MATTHEW SAVARE**, being of full age, hereby declares and certifies as follows:

1. I am an attorney at law associated with the law firm of Lowenstein Sandler PC, attorneys for Defendant, Rykodisc, Inc. As such, I am fully familiar with the facts set forth herein. I am admitted to practice before this Court.

2. On February 5, 2008, I caused to be filed a Notice of Appearance for Matthew Savare, Esq. and a Notice of Appearance for Stephen R. Buckingham, Esq. via the Electronic Filing System.

3. On February 5, 2008, I caused the Notice of Appearace of Matthew Savare, Esq. and the Notice of Appearance for Stephen R. Buckingham, Esq. to be served via Federal Express upon the following party:

　　　　　　　Ira S. Sacks, Esq.
　　　　　　　Dreier, LLP
　　　　　　　499 Park Avenue
　　　　　　　New York, New York 10022

17152/12
02/05/2008 4890534.1

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008.

    /s/ Matthew Savare
Matthew Savare
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
973.597.2400 (fax)
msavare@lowenstein.com