UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELAIDE GAIL ZAPPA, individually and as sole trustee of THE ZAPPA FAMILY TRUST U/T/D NOVEMBER 15, 1990, a California Revocable Trust<br><br>                    Plaintiff,<br><br>                    -v.-<br><br><br>RYKODISC, INC.<br><br>                  Defendant. | Civil Action No. 08-CV-00396 (WHP)<br><br><br><br>**Hon. William H. Pauley III, U.S.D.J.**<br><br><br>**NOTICE OF APPEARANCE OF MATTHEW SAVARE, ESQ.** |

      **PLEASE TAKE NOTICE** that Defendant Rykodisc, Inc. ("Ryko") is represented by the firm Lowenstein Sandler PC in the above captioned matter. Matthew Savare hereby enters appearance as counsel of record in addition to Stephen R. Buckinghamt, who has already entered an appearance as "lead attorney to be noticed" on behalf of Ryko. Accordingly, Ryko respectfully request that all Notices of Electronic Filing related to this case be forwarded to Mr. Savare (msavare@lowenstein.com).

                                                    Respectfully submitted,

                                                    **LOWENSTEIN SANDLER PC**
                                                    Attorneys at Law
                                                    65 Livingston Avenue
                                                    Roseland, New Jersey  07068
                                                    973.597.2500
                                                    973.597.2400 (fax)

Dated:  February 5, 2008                By: /s/  Matthew Savare____
                                                              Matthew Savare

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELAIDE GAIL ZAPPA, individually and as sole trustee of THE ZAPPA FAMILY TRUST U/T/D NOVEMBER 15, 1990, a California Revocable Trust<br><br>Plaintiff,<br><br>-v.-<br><br>RYKODISC, INC.<br><br>Defendant. | Civil Action No. 08-CV-00396 (WHP)<br><br>**Hon. William H. Pauley III, U.S.D.J.**<br><br>**CERTIFICATION OF SERVICE** |

   **MATTHEW SAVARE**, being of full age, hereby declares and certifies as follows:

   1. I am an attorney at law associated with the law firm of Lowenstein Sandler PC, attorneys for Defendant, Rykodisc, Inc. As such, I am fully familiar with the facts set forth herein. I am admitted to practice before this Court.

   2. On February 5, 2008, I caused to be filed a Notice of Appearance for Matthew Savare, Esq. and a Notice of Appearance for Stephen R. Buckingham, Esq. via the Electronic Filing System.

   3. On February 5, 2008, I caused the Notice of Appearace of Matthew Savare, Esq. and the Notice of Appearance for Stephen R. Buckingham, Esq. to be served via Federal Express upon the following party:

      Ira S. Sacks, Esq.
      Dreier, LLP
      499 Park Avenue
      New York, New York 10022

17152/12
02/05/2008 4890534.1

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008.

                                                               __/s/ Matthew Savare___
                                                                 Matthew Savare
                                                                 **LOWENSTEIN SANDLER PC**
                                                                 Attorneys at Law
                                                                 65 Livingston Avenue
                                                                 Roseland, New Jersey 07068
                                                                 973.597.2500
                                                                 973.597.2400 (fax)
                                                                 msavare@lowenstein.com