

**Lowenstein Sandler**
ATTORNEYS AT LAW

Stephen R. Buckingham
Member of the Firm
Tel 973 597 2326
Fax 973 597 2327
sbuckingham@lowenstein.com

FEB 27 2008

February 26, 2008

BY FEDERAL EXPRESS

The Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

MEMO ENDORSED

Re: <u>Adelaide Gail Zappa v. Rykodisc, Inc. -- Civil Action No. 08- 396</u>

Dear Judge Pauley:

We are writing on behalf of Defendant Rykodisc, Inc. ("Ryko") to request clarification of Your Honor's Order dated February 22, 2008 granting Ryko's request for a pre-motion conference regarding its anticipated pre-answer motions to dismiss and for a more definite statement pursuant to Rules 12(b)(6) and 12(e).

Ryko's time to answer or otherwise respond to the Complaint, as extended, is currently **March 6, 2008**. Your Honor's Order scheduled the pre-motion conference for our proposed Rule 12 motion in lieu of answer to be held on **March 13, 2008**. <u>We respectfully request that Your Honor clarify and confirm that Ryko's time to answer or otherwise respond to the Complaint will be rescheduled by Your Honor at or after the pre-motion conference, and that Ryko's deadline is no longer March 6th.</u>

Respectfully submitted,

*Stephen Buckingham / MA*

Stephen R. Buckingham

17152/12  02/26/08 5203131.1

cc: Ira S. Sacks, Esq. (by e-mail and Federal Express)
Matthew J. Atlas, Esq.
Matthew Savare, Esq.

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/27/08

*The time to respond is adjourned sine die. The Court will establish a schedule for the joinder of issue at the March 13 conference.*

Lowenstein Sandler PC                          www.lowenstein.com

Reply: 65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402