UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADELAIDE GAIL ZAPPA AND
ADELAIDE GAIL ZAPPA as sole trustee of
The Zappa Family Trust u/t/d November 15, 1990
A California Revocable Trust

               Plaintiffs,

       -against-

RYKODISC, INC.,

              Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

08 Civ. 396 (WHP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

    Upon the motion of Plaintiffs and the declaration of Ira S. Sacks in support,

    IT IS HEREBY ORDERED that:

        Stanton Lawrence Stein
        Dreier, Stein, Kahan, Browne, Woods, George LLP
        The Water Garden
        1620 26th Street, 6th Fl., North Tower
        Santa Monica, CA 90404
        Tel: 310-828-9050
        Fax: 310-828-9101

        Mark D. Passin
        Dreier, Stein, Kahan, Browne, Woods, George LLP
        The Water Garden
        1620 26th Street, 6th Fl., North Tower
        Santa Monica, CA 90404
        Tel: 310-828-9050
        Fax: 310-828-9101

       Brooke Hope Eisenhart
       Dreier, Stein, Kahan, Browne, Woods, George LLP
       The Water Garden
       1620 26th Street, 6th Fl., North Tower
       Santa Monica, CA 90404
       Tel: 310-828-9050
       Fax: 310-828-9101

are admitted to practice pro hac vice as counsel for Adelaide Gail Zappa and Adelaide Gail Zappa as sole trustee of the Zappa Family Trust in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February 24, 2008
      New York, New York

                                                  _____
                                                  Hon. William H. Pauley