```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ADELAIDE GAIL ZAPPA AND                              :
ADELAIDE GAIL ZAPPA as sole trustee of               :
The Zappa Family Trust u/t/d November 15, 1990       :
a California Revocable Trust,                        :
                                                     :       08 Civ. 396 (WHP)
                Plaintiffs,                :
                                                     :       SCHEDULING ORDER
    -against-                                     :
                                                     :
RYKODISC, INC.,                                      :
                                                     :
                Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Counsel having appeared before the Court for a conference on March 13, 2008, the following schedule is established on consent of the parties:

1. Plaintiffs shall file their amended complaint by April 25, 2008;

2. The initial pre-trial conference is adjourned to May 9, 2008 at 10:00 a.m.;

3. If Defendants seek leave to file a pre-answer motion, they shall file a letter requesting that the May 9 conference serve as a pre-motion conference by May 1, 2008; and

4. Plaintiffs shall file their opposition letter to any pre-motion conference request by May 6, 2008.

Dated: March 13, 2008
       New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of record:*

Robert Jason Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022
*Counsel for Plaintiffs*

Stephen R. Buckingham, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068
*Counsel for Defendant*