DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/08

MEMO ENDORSED

**Brooke H. Eisenhart**
Attorney At Law
T 424-202-6005
F 424-202-6265
beisenhart@dreierstein.com

OUR FILE NUMBER
600769.006

April 24, 2008

**BY HAND**

The Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, NY 10007

RECEIVED
APR 2 4 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re:    <u>Zappa v. Rykodisc, Inc., Civil Action No. 08-396</u>

Dear Judge Pauley:

    We write on behalf of Plaintiff Adelaide Gail Zappa ("Zappa"), individually and as sole trustee of the Zappa Family Trust u/t/d November 15, 1990, to request a brief two (2) week extension of the current deadlines for Zappa to file her first amended complaint and a two (2) week continuance of the initial pre-trial conference. Zappa's amended complaint is currently due tomorrow, April 25, 2008, and the pre-trial conference is currently scheduled for May 9, 2008. Accordingly, Zappa respectfully requests that the Court extend the time for Zappa to file her amended pleading to May 9, 2008 and adjourn the Initial Pre-Trial Conference to May 23, 2008.

    The need for the continuance is due to conflicting scheduling issues. In addition, Zappa is waiting for additional documentation from the Copyright Office which is relevant to the amended pleading.

    We have spoken with Stephen R. Buckingham, counsel for defendant Rykodisc, Inc. ("Rykodisc"). Mr. Buckingham has informed us that Rykodisc consents to the requested two (2) week extension and continuance.

    Rykodisc previously requested, and Zappa consented to, an extension of Rykodisc's time to file a responsive pleading. Zappa has not previously requested an extension of time.

*Application granted.*

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
4/25/08

*The initial pretrial conference is adjourned to May 23, 2008 at 1:00 a.m.*

Respectfully submitted,

/s/ Brooke H. Eisenhart
Brooke H. Eisenhart

The Water Garden | 1620 26th Street | 6th Floor North Tower | Santa Monica, CA 90404
T 310.828.9050  F 310.828.9101 | Century City · New York · Stamford · Albany | www.dreierstein.com

xxxx
April 24, 2008
Page 2

cc:     Stephen R. Buckingham, Esq. (by e-mail and facsimile)
        Ira S. Sacks, Esq. (by e-mail)
        Mark D. Passin, Esq.