USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ADELAIDE GAIL ZAPPA AND
ADELAIDE GAIL ZAPPA as sole trustee of
The Zappa Family Trust u/t/d November 15, 1990
a California Revocable Trust,

           08 Civ. 396 (WHP)

      Plaintiffs,

           SCHEDULING ORDER

  -against-

RYKODISC, INC.,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

  Counsel having appeared before the Court for a pre-motion conference on May 23, 2008, the following schedule is established on consent of the parties:

  1. Defendant shall serve and file its motion to dismiss by June 17, 2008;

  2. Plaintiffs shall serve and file their opposition to the motion by July 11, 2008;

  3. Defendant shall serve and file its reply by July 22, 2008; and

  4. Oral argument shall be held on August 8, 2008 at 11:00 a.m.

All discovery in the action is stayed on consent of the parties.

Dated: May 23, 2008
   New York, New York

             SO ORDERED:

             WILLIAM H. PAULEY III
              U.S.D.J.

-1-

*Counsel of record:*

Robert Jason Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022
*Counsel for Plaintiffs*

Stephen R. Buckingham, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068
*Counsel for Defendant*