Stephen R. Buckingham
Matthew Savare
**LOWENSTEIN SANDLER P.C.**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500
Attorneys for Defendant Rykodisc, Inc.

**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADELAIDE GAIL ZAPPA, individually and as sole trustee of THE ZAPPA FAMILY TRUST U/T/D NOVEMBER 15, 1990, a California Revocable Trust,<br><br>            Plaintiff,<br><br>v.<br><br>RYKODISC, INC.,<br><br>            Defendant. | 08-CV-00396 (WHP)<br><br>**CERTIFICATE OF SERVICE** |

I, Matthew Savare, do hereby certify that:

1. On June 17, 2008, I electronically filed Defendant's Motion to dismiss with prejudice Plaintiff's Lanham Act claim (Seventh Claim) pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6), and, in the alternative, for a more definite statement for the Lanham Act claim pursuant to Fed. R. Civ. P. 12(e), and for a more definite statement for the breach of contract claim (Second Claim) pursuant to Fed. R. Civ. P. 12(e), with a supporting Declaration of Matthew Savare with exhibit, memorandum of law, a proposed form of Order, and Defendant's Rule 7.1 Disclosure Statement upon the Clerk of the Court, via ECF.

2. On June 17, 2008, I served two true and correct courtesy copies of the Motion, with a supporting Declaration of Matthew Savare with exhibit, memorandum of law, a proposed form

17152/12

-2-

of Order, and Defendant's Rule 7.1 Disclosure Statement upon the chambers of the Honorable William H. Pauley III, U.S.D.J., via Federal Express.

3. On June 17, 2008, I served a true and correct copy of the Motion, with a supporting Declaration of Matthew Savare with exhibit, memorandum of law, a proposed form of Order, and Defendant's Rule 7.1 Disclosure Statement upon the following counsel, via Federal Express:

>Ira S. Sacks, Esq.
>DREIER LLP
>499 Park Avenue
>New York, NY 10022

>By: //s// Matthew Savare
>Matthew Savare

Dated June 17, 2008