Stephen R. Buckingham
Matthew Savare
**LOWENSTEIN SANDLER P.C.**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500
Attorneys for Defendant Rykodisc, Inc.

## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELAIDE GAIL ZAPPA, individually and as sole trustee of THE ZAPPA FAMILY TRUST U/T/D NOVEMBER 15, 1990, a California Revocable Trust,<br><br>Plaintiff,<br><br>v.<br><br>RYKODISC, INC.,<br><br>Defendant. | 08-CV-00396 (WHP) |

## <u>DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, Rykodisc, Inc.

("Rykodisc"), certifies that:

1.  Warner Music Group Corp. is the ultimate parent corporation of Rykodisc.

2.  Warner Music Group Corp. is a publicly-traded company.


By: //s// Matthew Savare
Matthew Savare

Dated:  June 17, 2008

17152/12
06/17/2008 **7753287**.1