Stephen R. Buckingham
Matthew Savare
**LOWENSTEIN SANDLER P.C.**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500
Attorneys for Defendant Rykodisc, Inc.

## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELAIDE GAIL ZAPPA, individually and as sole trustee of THE ZAPPA FAMILY TRUST U/T/D NOVEMBER 15, 1990, a California Revocable Trust,<br><br>    Plaintiff,<br><br>v.<br><br>RYKODISC, INC.,<br><br>    Defendant. | 08-CV-00396 (WHP)<br><br>**NOTICE OF MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 8(a), 12(b)(6), and 12(e)** |

TO: Ira S. Sacks, Esq.
   DREIER LLP
   499 Park Avenue
   New York, NY 10022

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the annexed Declaration of Matthew Savare with attached exhibit, the proposed form of Order, and all pleadings and proceedings heretofore had herein, the undersigned counsel for Defendant Rykodisc, Inc. move before this Court, before the Honorable William H. Pauley III, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2210, Courtroom 11D, New York, New York, at a date and time to be determined in accordance with Judge Pauley's rules, under Fed. R. Civ. P.

17152/12
06/17/2008 **7750243**.1

-2-

8(a) and 12(b)(6), for an Order dismissing with prejudice Plaintiff's Lanham Act claim (Seventh Claim), and, in the alternative, for an Order directing Plaintiff to provide a more definite statement for the Lanham Act claim pursuant to Fed. R. Civ. P. 12(e), and for an Order directing Plaintiff to provide a more definite statement for the breach of contract claim (Second Claim) pursuant to Fed. R. Civ. P. 12(e).

          Respectfully submitted,

          **LOWENSTEIN SANDLER P.C.**
          65 Livingston Avenue
          Roseland, New Jersey  07068
          (973) 597-2500

          Attorneys for Defendant Rykodisc, Inc.

          By: //s// Stephen R. Buckingham
              Stephen R. Buckingham
              Matthew Savare

Dated June 17, 2008