```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ADELAIDE GAIL ZAPPA AND                              :
ADELAIDE GAIL ZAPPA as sole trustee of               :
The Zappa Family Trust u/t/d November 15, 1990       :
a California Revocable Trust,                         :
                                                     :
                        Plaintiffs,                  :        08 Civ. 396 (WHP)
                                                     :
                                                     :        ORDER
            -against-                                :
                                                     :
RYKODISC, INC.,                                      :
                                                     :
                                                     :
                        Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on August 29, 2008, Defendant's motion to

dismiss Plaintiff's Lanham Act claim is granted.  Defendant's motion for a more definite

statement with respect to Plaintiff's breach of contract claim is denied.

        An initial pre-trial conference shall take place on September 25, 2008 at 10:30

a.m.  The parties shall submit a report pursuant to Fed. R. Civ. P. 26(f) one week prior to the

conference.


Dated: August 29, 2008
      New York, New York

                        SO ORDERED:


                        _____
                        WILLIAM H. PAULEY III
                           U.S.D.J.

*Counsel of record:*

Robert Jason Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022
*Counsel for Plaintiffs*

Stephen R. Buckingham, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068
*Counsel for Defendant*