UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ADELAIDE GAIL ZAPPA AND :
ADELAIDE GAIL ZAPPA as sole trustee of :
The Zappa Family Trust u/t/d November 15, 1990 :
a California Revocable Trust, :

                                     :      08 Civ. 396 (WHP)

                    Plaintiffs,      :

                                     :      ORDER

          -against-                  :

                                     :
RYKODISC, INC.,                      :

                                     :
                    Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/11

        It having been reported to this Court that this action has been or will be settled, it

is hereby ordered that this action be discontinued without costs to any party, and without

prejudice to restoring the action to this Court's calendar if the application to restore the action is

made within thirty (30) days of the date of this Order.  The Clerk of Court is directed to

terminate all motions pending as of this date and mark this case closed.

Dated: November 29, 2011
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                                U.S.D.J.

*All Counsel of Record*